**ORRICK, HERRINGTON & SUTCLIFFE LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@orrick.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

JAMES R. McGUIRE (State Bar No. 189275)
jmcguire@orrick.com
ALI M. ABUGHEIDA (State Bar No. 285284)
aabugheida@orrick.com
405 Howard Street
San Francisco, California 94105
Telephone: (415) 619-3418
Facsimile: (415) 619-3505

Attorneys for Defendant Opportunity Financial. LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Crystal Carpenter**, an individual on behalf of herself, the public, and all persons similarly situated; and **Jordan Cason**, an individual on behalf of himself, the public, and all persons similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>**Opportunity Financial, LLC**, a limited liability company; and **John Does 1–10**,<br><br>                Defendants. | Case No. 2:21-cv-09875 FLA (Ex)<br><br>Hon. Fernando L. Aenlle-Rocha<br>Magistrate Judge Charles F. Eick<br><br>**DEFENDANT OPPORTUNITY FINANCIAL, LLC'S REPRESENTATION STATEMENT**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha<br>Crtrm.: 6B<br><br>Complaint Filed:  12/22/2021<br>Trial Date:        1/20/2026 |

REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the following statement lists counsel for the respective parties to the above-captioned action, identified by name, firm, address, and telephone and facsimile numbers.

**Counsel for Defendants-Appellants Opportunity Financial, LLC**

Fredrick S. Levin (SBN 187603)

flevin@orrick.com

Orrick, Sutcliffe & Herrington LLP

100 Wilshire Blvd., Suite 1000

Santa Monica, CA 94105

Telephone: (415) 619-3500

Facsimile: (415) 619-3505

James R. McGuire (SBN 189275)

jmcguire@orrick.com

Ali M. Abugheida (SBN 285284)

aabugheida@orrick.com

Orrick, Sutcliffe & Herrington LLP

405 Howard Street

San Francisco, CA 94105-2669

Telephone: (415) 619-3500

Facsimile: (415) 619-3505

**Counsel for Plaintiffs-Appellees Crystal Carpenter and Jordan Cason**

Thomas Warren (SBN 160921)

tom.warren@warrenterzian.com

Dan Terzian (SBN 283835)

1 | dan.terzian@warrenterzian.com
2 | Erick Kuylman (SBN 313202)
3 | erick.kuylman@warrenterzian.com
4 | Warren Terzian LLP
5 | 222 N. Pacific Coast Highway, Suite 2000
6 | Los Angeles, CA 90245
7 | Telephone: (213) 410-2620

DATED:  June 21, 2023         ORRICK, HERRINGTON & SUTCLIFFE LLP

                              By:    /s/ Fredrick S. Levin
                                     Fredrick S. Levin

                                     Attorneys for Defendant Opportunity
                                     Financial, LLC