JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL CARPENTER, et al.,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>OPPORTUNITY FINANCIAL, LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:21-cv-09875-MRA-E<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION [ECF 18] AFTER NINTH CIRCUIT MANDATE ISSUED** |

　　　On February 17, 2022, Defendant Opportunity Financial, LLC ("Defendant") filed a Motion to Compel Arbitration ("Motion"). (ECF 18). Plaintiffs Crystal Carpenter and Jordan Cason (collectively, "Plaintiffs") opposed the Motion. (ECF 23). The Court denied Defendant's Motion on March 29, 2023 (ECF 35), and subsequently denied Defendant's Motion for Reconsideration on June 20, 2023. (ECF 48).

　　　Defendant timely filed a Notice of Appeal with the United States Court of Appeals for the Ninth Circuit on June 21, 2023. (ECF 49). On June 27, 2023, the Court vacated all dates and deadlines and ordered this action stayed pending the outcome of Defendant's

appeal. (ECF 50). On February 23, 2024, this case was reassigned to Judge Ramírez Almadani. (ECF 56).

On March 21, 2024, the Ninth Circuit issued a ruling vacating the denial of Defendant's Motion and remanding the action for the district court to compel arbitration. ECF 57. The Ninth Circuit issued its Mandate on April 12, 2024, and the judgment took effect as of that date. (ECF 58). In light of the Ninth Circuit's ruling and Mandate, the Court hereby ORDERS as follows:

1. The Court GRANTS Defendants' Motion to Compel Arbitration (ECF 18) and ORDERS Plaintiffs' claims to arbitration on an individual basis. This action is STAYED pending individual arbitration proceedings. Any pending dates and deadlines are hereby VACATED.

3. The parties are ORDERED to file Joint Status Reports every 90 days from the date of this Order. Each Joint Report must indicate on its face page the due date for the next Joint Report. The parties are further ORDERED to submit a Final Joint Status Report within 14 days after individual arbitration concludes, along with any appropriate stipulation proposing how to proceed with this case, and a proposed Order. Defendant is further ORDERED to take primary responsibility for filing the Joint Reports.

4. In light of the stay, the Clerk of Court is ORDERED to administratively close this matter until further application by the parties or Court Order. The Court retains jurisdiction.

IT IS SO ORDERED.

Dated: April 17, 2024

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE